UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


**ORDER OF REASSIGNMENT**


Pursuant to the Retirement of Judge David F. Levi, and good cause

appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Judge** <u>David F. Levi</u> to

**Judge** <u>Morrison C. England, Jr.</u>  for all purposes.

The new case number for this action, which must be used on all future documents

filed with the court, is: 2:00-cr-0218 MCE.

All dates currently set in this reassigned actions shall remain pending subject to

further order of the court.


Dated:   **March 27, 2008**

_____
GARLAND E. BURRELL, JR.
United States District Judge